Chi P&L Acupuncture, P.C. v GEICO Gen. Ins. Co. (2022 NY Slip Op
50769(U))

[*1]

Chi P&L Acupuncture, P.C. v GEICO Gen. Ins. Co.

2022 NY Slip Op 50769(U) [76 Misc 3d 126(A)]

Decided on July 15, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

As corrected in part through August 19, 2022; it will
not be published in the printed Official Reports.

Decided on July 15, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2019-955 K C

Chi P&L Acupuncture, P.C., as
Assignee of Jordan Abenathy, Ariel Snow, Raffy MartinezOrtiz, Sasha Serrano, Michelle
Compres and Adrian Guzman, Respondent, 
against
GEICO General Ins. Co., Appellant. 

Rivkin Radler, LLP (Stuart M. Bodoff of counsel), for appellant.
Zara Javakov, P.C. (Zara Javakov of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Lorna J.
McAllister, J.), entered January 23, 2019. The order, insofar as appealed from as limited by the
brief, denied defendant's motion for summary judgment dismissing the complaint.

ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals, as limited by its brief, from so much of an order of the Civil Court as denied defendant's
motion which had sought summary judgment dismissing the complaint on the ground that
plaintiff failed to appear for duly scheduled examinations under oath.
For the reasons stated in Chi P & L Acupuncture, P.C., as Assignee of Oscar
Fleming v GEICO Gen. Ins. Co. (— Misc 3d —, 2022 NY Slip Op —
[appeal No. 2019-954 K C], decided herewith), the order, insofar as appealed from, is
affirmed.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 15, 2022